UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| OAKLAND UNITED SCHOOL DISTRICT, | No. C 11-03625 LB |
| Plaintiff, | **ORDER (1) VACATING APRIL 26, 2012 CASE MANAGEMENT CONFERENCE AND (2) RE: SETTLEMENT** |
| v. | |
| XEROX CORPORATION, | |
| Defendant. | |
| _____/ | |

On March 19, 2012, Judge Ryu issued a civil minute order indicating that this case had fully settled at a settlement conference on that same day. Minute Order, ECF No. 26.[1] In light of the settlement, the court VACATES the April 26, 2012 case management conference. In addition, the court directs the parties to file, by June 28, 2012, either: (1) a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii); or (2) a joint status update explaining why a stipulated dismissal has not yet been filed. The court also sets a telephonic status conference for 10:30 a.m. on July 5, 2012. The parties are directed to contact courtroom deputy Lashanda Scott to arrange for telephonic appearances. The status conference will be vacated if the parties file a stipulated dismissal by June 28, 2012.

///

---

[1] Citations are to the Electronic Case File ("ECF") with pin cites to the electronic page number at the top of the document, not the pages at the bottom.

C 11-00385 LB

**IT IS SO ORDERED.**

Dated: April 20, 2012



LAUREL BEELER
United States Magistrate Judge