LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone: (415) 357-4600
Facsimile: (415) 357-4605

Attorneys for Defendant
XEROX CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

~~OAKLAND DIVISION~~

OAKLAND UNIFIED SCHOOL DISTRICT, a public entity,

Plaintiff,

vs.

XEROX CORPORATION, a corporation, and DOES 1 through 10, inclusive,

Defendants.

Case No. C 11-03625 LB

**JOINT STATUS UPDATE AND STIPULATED [~~PROPOSED~~] ORDER CONTINUING STATUS CONFERENCE**

Pursuant to the Court's April 20, 2012 Order, the parties hereby respectfully submit the instant joint status update and stipulated proposed order continuing the status conference that is scheduled in this matter.

**Status of Case/Settlement**

After addressing the complex factual and legal logistics of memorializing the terms of settlement of this case, Plaintiff Oakland Unified School District's ("District") Board of Directors approved said settlement on June 13, 2012.

The District has since executed the settlement agreement, and Defendant Xerox Corporation's ("Xerox") counsel is in the process of securing Xerox' execution of the settlement agreement.

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

The parties anticipate the settlement agreement being fully executed; the terms of the settlement met; and a stipulation of dismissal of the entire case being filed by August 9, 2012.

Accordingly, the parties hereby request that the Court continue the telephonic status conference currently scheduled for July 5, 2012 to July 25, 2012 at 10:30 a.m.

DATED: June 28, 2012

LAFAYETTE & KUMAGAI LLP

*/s/ Gary T. Lafayette*
GARY T. LAFAYETTE
Attorneys for Defendant
XEROX CORPORATION

DATED: June 28, 2012

OAKLAND UNIFIED SCHOOL DISTRICT

*/s/ Michael L. Smith*
MICHAEL L. SMITH
Attorneys for Plaintiff
OAKLAND UNIFIED SCHOOL DISTRICT

**ORDER CONTINUING STATUS CONFERENCE**

GOOD CAUSE APPEARING, the Court hereby orders the following pursuant to stipulation between the parties:

1. The telephonic status conference scheduled for July 5, 2012 at 10:30 a.m. is VACATED AND CONTINUED to ~~July 25, 2012~~ August 23, 2012 at 10:30 a.m. A Joint Status Report due by 8/16/12.
2. The parties shall file by August 9, 2012 either: (1) a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii); or (2) a joint status update explaining why a stipulated dismissal has not yet been filed.
3. The parties are directed to contact courtroom deputy Lashanda Scott to arrange for telephonic appearances.

IT IS SO ORDERED.

Dated: July 3, 2012, 2012

UNITED STATE DISTRICT JUDGE

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605