1  JACQUELINE P. MINOR, State Bar No. 102735
   MICHAEL L. SMITH, State Bar No. 217751
2  SETH N. ECKSTEIN, State Bar No. 278783
   OAKLAND UNIFIED SCHOOL DISTRICT
3  1025 Second Avenue, Room 406
   Oakland, CA  94606
4  Telephone:  (510) 273-3282
   Fax:  (510) 273-3281
5
6  Attorneys for Plaintiff
   OAKLAND UNIFIED SCHOOL DISTRICT
7

8                UNITED STATES DISTRICT COURT FOR THE

9                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OAKLAND UNIFIED SCHOOL DISTRICT, a public entity | Civil Action No. C11-03625 LB |
| Plaintiffs, | **NOTICE AND [PROPOSED] ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| XEROX CORPORATION, a corporation, and DOES 1 through 10, inclusive, | **[Fed.R.Civ.P. 41(a)(2)]** |
| Defendants. | |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff OAKLAND UNIFIED SCHOOL DISTRICT ("Plaintiff") and Defendant XEROX CORPORATION ("Defendant") (Plaintiff and Defendant are collectively referred to hereinafter as the "Parties"), have entered into and duly executed a binding and enforceable Settlement Agreement ("Agreement") in the above-entitled matter ("Action").

Therefore, by and through their respective counsel of record, the Parties hereby request that the Court enter an order dismissing this Action in its entirety with prejudice.

Dated: August 10, 2012

OAKLAND UNIFIED SCHOOL DISTRICT
JACQUELINE P. MINOR
General Counsel

By: _/s/ Michael L. Smith_
Michael L. Smith
Attorneys for Plaintiff

Dated: August 10, 2012

LAFAYETTE & KUMAGAI, LLP

By: _/s/ Gary T. Lafayette_
Gary T. Lafayette
Attorneys for Defendant

**ORDER OF DISMISSAL**

GOOD CAUSE APPEARING, the request of Plaintiff and Defendant to dismiss the above-captioned Action with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure is GRANTED.

IT IS, THEREFORE, ORDERED that this Action is dismissed in its entirety with prejudice.

**IT IS SO ORDERED.**

Dated: August 21, 2012

THE HONORABLE LAUREL BEELER

## CERTIFICATE OF SERVICE

     I certify that a copy of this document was served electronically on August 10, 2012, on counsel of record in compliance with Federal Rule 5, Local Rule 5.6 and General Order 45, by use of the Court's ECF system.

                                 */s/ Gary T. Lafayette*
                                 GARY T. LAFAYETTE